```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

**ANDREW RICHARD CUMMINS**                                              **PLAINTIFF**

        v.                Civil No. 09-5173

**SHERIFF KEITH FERGUSON, et al.**                                       **DEFENDANTS**

### O R D E R

Now on this 23th day of January, 2012, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #64). No objections have been made to the Report And Recommendation, and the Court, having carefully reviewed it, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, this matter is **dismissed**.

IT IS SO ORDERED.

                                            /s/ Jimm Larry Hendren
                                            **JIMM LARRY HENDREN**
                                            **UNITED STATES DISTRICT JUDGE**